4 F.3d 997
 NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
Kevin W. TAYLOR, Petitioner-Appellant,
v.
Jerry D. GILMORE, Warden, Respondent-Appellee.
 No. 91-1148.
 United States Court of Appeals, Seventh Circuit.
 Aug. 17, 1993.
 
 Before POSNER, FLAUM and MANION, Circuit Judges.
 
 ORDER
 
 1
 In light of the Supreme Court's decision in Gilmore v. Taylor, 113 S.Ct. 2112 (1993), we affirm the district court's denial of the writ.